AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Feb 26, 2024**

SEAN F. McAVOY, CLERK

SAMUEL MARK REED, an individual,

*Plaintiff*

v.

LUCKY LEAF LLC, a Washington State Company; DAVID MORGAN, in his individual and corporate capacity and the marital community thereof; SHILO MORGAN, in her individual and corporate capacity and in the marital community thereof,

*Defendants*

Civil Action No. 2:22-CV-00196-MKD

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Pursuant to the Courts' Order filed at ECF No. 55, Court ADOPTS the Report and Recommendation, ECF No. 54, in its entirety, Defendants' Motion for Summary Judgment, ECF No. 19, is GRANTED in part as to Plaintiff's Fair Labor Standards Act claim and DENIED in part as to Plaintiff's state-law claims. Plaintiff's Motion for Summary Judgment, ECF No. 21, is DENIED. Plaintiff's state law claims are DISMISSED without prejudice. Judgment entered for Defendants on Plaintiff's Fair Labor Standards Act claim only.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  MARY K. DIMKE  on cross-motion for Summary Judgment.

Date: 2/26/2024

CLERK OF COURT

SEAN F. McAVOY

s/ Nicole Cruz
*(By) Deputy Clerk*

Nicole Cruz